UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**NANCY CAROL HUTCHISON**  Case No.: 1:17–cv–01594–CL
    **Plaintiff(s),**

v.

**STATE OF OREGON, et al.**
    **Defendant(s).**

<u>Civil Case Assignment Order</u>

**1.    Presiding Judge:** The above referenced case has been filed in the Medford Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . . . . . Hon. Mark D. Clarke
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . CL
>
> *These letters must follow the case number on all future filings.

**2.    Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Rebecca Moore
> Telephone: 541–608–8770
> Email: rebecca_moore@ord.uscourts.gov

**3.    Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

> Telephone: 541–608–8777

**4.    Place of Filing:** Any paper filings must be submitted to the Clerk of Court, James A. Redden U.S. Courthouse, 310 West Sixth St., Medford, OR, 97501. (*See* LR 3–1, LR 5–5.)

**5.    District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at <u>ord.uscourts.gov</u>.

**6.    Jurisdictional Authority of Magistrate Judges:**

    a.    **Pretrial Administration:** Pursuant to LR 72, the assigned United States Magistrate Judge is authorized to conduct all pretrial proceedings contemplated by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72 without further designation of the Court.

    b.    **Trial by Consent and Appeal Options:** Pursuant to LR 73, 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, all United States Magistrate Judges in this district are certified to exercise civil jurisdiction in assigned cases and, <u>with the consent of the parties</u>, enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of a district judge).

Parties are encouraged to consent to the jurisdiction of a Magistrate Judge by signing and filing the (attached) Consent to Jurisdiction by a United States Magistrate Judge and Designation of the Normal Appeal Route. (*See* LR 5–5(c).) There will be no adverse consequences if a party elects not to consent to a Magistrate Judge. A Magistrate Judge, however, may be able to resolve a case earlier as they are primarily assigned only to civil cases.

Additional information about United States Magistrate Judges in the District of Oregon is available on the Court's website.

**DATED:** October 11, 2017  **MARY L. MORAN**
**Clerk of Court**

by: /s/ J. Montgomery
J. Montgomery, Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**NANCY CAROL HUTCHISON**  Case No.: 1:17–cv–01594–CL
    **Plaintiff(s),**

**v.**

**STATE OF OREGON, et al.**
    **Defendant(s).**

---

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** _____

| | |
|---:|:---|
| **Signature:** | _____ |
| **Name and OSB ID:** | _____ |
| **E–mail Address:** | _____ |
| **Firm Name:** | _____ |
| **Mailing Address:** | _____ |
| **City, State, Zip:** | _____ |
| **Parties Represented:** | _____ |